[No. 7830–5–I.   Division One.   November 24, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS ALLEN FREEMAN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83874, Robert W. Winsor, J., entered June 25, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by James, A.C.J., and Durham, J.

[No. 8552–2–I.   Division One.   November 24, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. TRAVIS E. KEESEE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 795681, Thomas A. Swayze, Jr., J., entered November 13, 1979. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.